UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY CHRISTOPHER HAYES, III,

                        Plaintiff,

-against-

JOHN DOE, Public Defender, Legal Aid Society of Westchester,

                        Defendant.

24cv7887 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 12, 2024, order, this action is dismissed. The Court has denied Plaintiff's request to proceed IFP, and the complaint is dismissed without prejudice under the PLRA's "three-strikes" rule. See 28 U.S.C. § 1915(g). Plaintiff remains barred from filing any future action IFP while he is in custody, unless he is under imminent threat of serious physical injury.3 Id. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   November 14, 2024
           New York, New York

                                              /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge